INTAKE DROP BOX INTAKE DROP BOX
RECEIVED & FILED RECEIVED & FILED

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

2018 APR -3 AM 11:07  2018 APR -3 AM 11:06
CLERK'S OFFICE  CLERK'S OFFICE
U.S. DISTRICT CO  U.S DISTRICT CO
SAN JUAN  SAN JUAN

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>white colored Samsung Galaxy cellphone, model SM-G360P; FCC ID: A3LSMG360P; HEX 990005810772180 | ) ) ) ) ) ) Case No. 18-453 (M) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:

white colored Samsung Galaxy cellphone, model SM-G360P; FCC ID: A3LSMG360P; HEX 99000581077218

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit in support of the search warrant.

**YOU ARE COMMANDED** to execute this warrant on or before ____4/2/18____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Clerk____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __MAR 19 2018  9:45 AM__  _____
*Judge's signature*

City and state: __San Juan, Puerto Rico__  Magistrate Judge **BRUCE J. McGIVERN**
*Printed name and title*

# Return

| | | |
|---|---|---|
| Case No.: 18-453 (M | Date and time warrant executed: 03/16/18 13:10 | Copy of warrant and inventory left with: S/A Max Rodriguez |

Inventory made in the presence of: S/A Max Rodriguez

Inventory of the property taken and name of any person(s) seized:

One White Samsung Galaxy cellphone SMG360P FCCID A3LSMG360P, HEX 990005810772180

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/16/18

*Executing officer's signature*

S/A Angel M. Marcano HSI
*Printed name and title*